AO 245B    (Rev. 12/03) Judgment in a Criminal Case
           Sheet 1

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED NOV 16 2005

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

EASTERN District of LOUISIANA

UNITED STATES OF AMERICA
v.
**DEMOND WRIGHT**

JUDGMENT IN A CRIMINAL CASE

Case Number: 05-27 "K"

Roma Kent
Defendant's Attorney

**THE DEFENDANT:**

Last 4 digits of Social Security No. 6175

[X] pleaded guilty to count(s) **1 & 2 OF THE SUPERSEDING BILL OF INFORMATION ON JUNE 8, 2005**

[ ] pleaded nolo contendere to count(s) _____
    which was accepted by the court.

[ ] was found guilty on count(s) _____
    after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Count |
|---|---|---|
| 21 USC 841(a)(1); (b)(1)A | Possession with intent to distribute 50 grams or more of cocaine base | 1 |
| 21 USC 851(a) | Proceedings to establish prior convictions | 2 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

Count(s)  1 of the original indictment   X is   [ ] are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**COURT REPORTER: KAREN IBOS**

**U. S. ATTORNEY: CAROL MICHEL FOR MAURICE LANDRIEU**

**PROBATION OFFICER: CINDY ARNOLD**

**COURTROOM DEPUTY: SHEENA DEMAS**

**CERTIFIED AS A TRUE COPY**
**ON THIS DATE** _____
**BY:** _____
        Deputy Clerk

November 10, 2005
Date of Imposition of Judgment

_/s/_ Signature of Judge

Stanwood R. Duval, Jr.
United States District Judge
Name and Title of Judge

November 16, 2005
Date

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.


AO 245B  (Rev. 12/03) Judgment in Criminal Case
         Sheet 2 — Imprisonment

Judgment — Page 2 of 5

**DEFENDANT:** DEMOND WRIGHT
**CASE NUMBER:** 05-27 "K"

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**240 MONTHS AS TO COUNTS 1 & 2 OF THE SUPERSEDING BILL OF INFORMATION, SAID TERMS TO BE SERVED CONCURRENTLY..**

[X] The court makes the following recommendations to the Bureau of Prisons:
**THAT THE DEFENDANT BE PLACED IN A MEDIUM SECURITY FACILITY IN YAZOO CITY, MISSISSIPPI.**

[X] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  [ ] before 12 noon on _____   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
           Sheet 3 — Supervised Release

Judgment—Page __3__ of __5__

DEFENDANT: **DEMOND WRIGHT**
CASE NUMBER: **05-27 "K"**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:
**TEN YEARS AS TO COUNTS 1 & 2 OF THE SUPERSEDING BILL OF INFORMATION, SAID TERMS TO BE SERVED CONCURRENTLY..**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.
The following special conditions are imposed:

1. THE DEFENDANT SHALL PARTICIPATE IN AN ORIENTATION AND LIFE SKILLS PROGRAM AS DIRECTED BY THE PROBATION OFFICER.

2. THE DEFENDANT SHALL PARTICIPATE IN A PROGRAM OF TESTING AND/OR TREATMENT FOR DRUG ABUSE, AS DIRECTED BY THE PROBATION OFFICER, UNTIL SUCH TIME AS THE DEFENDANT IS RELEASED FROM THE PROGRAM BY THE PROBATION OFFICER.

3. THE DEFENDANT SHALL COOPERATE IN THE COLLECTION OF A DNA SAMPLE PURSUANT TO DNA ANALYSIS BACKLOG ELIMINATION ACT OF 2000 AND SUBSEQUENT AMENDMENTS DATED DECEMBER 19, 2003 AND OCTOBER 30, 2004.

4. IT IS RECOMMENDED THAT THE DEFENDANT BE PLACED IN A FACILITY WHERE HE CAN PARTICIPATE IN A 500 HOUR DRUG TREATMENT PROGRAM AND VOCATIONAL TRAINING PROGRAM.

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as shown on the attached page, and shall not possess a firearm.

AO    (Rev. 12/03) Judgment in a Criminal Case
       Sheet 3A — Supervised Release

Judgment—Page __4__ of __5__

DEFENDANT:      **DEMOND WRIGHT**
CASE NUMBER:   05-27 "K"

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 12/03) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page 5 of 5

DEFENDANT: **DEMOND WRIGHT**
CASE NUMBER: 05-27 "K"

# CRIMINAL MONETARY PENALTIES

The defendant must pay any imposed fine or restitution under the schedule of payments on Sheet 6.
**The special assessment is due immediately.**

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 100.00 | $ 0 | $ 0 |

THE COURT FINDS THAT THE DEFENDANT DOES NOT HAVE THE ABILITY TO PAY A FINE. THE COURT WILL WAIVE THE FINE IN THIS CASE.

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  |  |  |
| **TOTALS** | $ _____ | $ _____ |  |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.