UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 05-027 |
| DEMOND WRIGHT | * | SECTION: "K" |

**UNOPPOSED MOTION TO ENROLL THE FEDERAL PUBLIC DEFENDER
AS APPOINTED COUNSEL OF RECORD
AND INCORPORATED MEMORANDUM**

NOW INTO COURT comes undersigned counsel who respectfully requests that the Court enroll the Office of the Federal Public Defender to represent the above-listed defendant to assist in the presentation of information and resolution of a motion under Section 404 of the First Step Act of 2018, which made Sections 2 and 3 of the Fair Sentencing Act of 2010 retroactively applicable to offenses committed before August 3, 2010. Pursuant to Section 404 of the First Step Act of 2018, this court may impose a reduced sentence on the defendant because the statutory penalties his offense of conviction were modified by section 2 or 3 of the Fair Sentencing Act.

This request is made pursuant to Chief Judge Brown's global order of January 29, 2019, establishing the 1stSA Committee and permitting the Federal Public Defender to file a motion to enroll as counsel of record for any defendant deemed eligible to receive a sentence reduction pursuant to Section 404 of the First Step Act of 2018. The above-listed defendant has been determined to be eligible to receive a sentence reduction. Additionally, the above-listed defendant has been incarcerated for several years and, therefore, does not have the ability to hire counsel for representation in this matter.

**WHEREFORE**, undersigned counsel respectfully moves this Honorable Court to enroll the Federal Public Defender as appointed counsel to represent the above-listed defendant in this matter.

Respectfully submitted this 11th day of March, 2019.

        CLAUDE J. KELLY
        Federal Public Defender

        /s/ Samantha J. Kuhn
        SAMANTHA J. KUHN
        Assistant Federal Public Defender
        500 Poydras Street, Suite 318
        Hale Boggs Federal Building
        New Orleans, Louisiana 70130
        Telephone: (504) 589-7930
        Texas Bar # 24083333
        Email: samantha_kuhn@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Assistant United States Attorney Kevin Boitmann, 650 Poydras Street, 16th Floor, New Orleans, Louisiana 70130. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

/s/ Samantha J. Kuhn
SAMANTHA J. KUHN
Assistant Federal Public Defender